

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

[SEALED]            )
                    )  08mj 0145 DAD
                    )
_____)

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached Criminal Complaint and supporting affidavit is hereby SEALED until further order of this Court.

The United States may release to any defendants arrested based on the attached Criminal Complaint and supporting affidavit a redacted copy of the Criminal Complaint and supporting affidavit as *removing information regarding Osiel Betancov* [DAD] detailed in the Application filed in support of this sealing order

DATED: April 24, 2008

_____
DALE A. DROZD
United States Magistrate Judge

1