

**FILED**

APR 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

                          )
                          )
[SEALED]                  )    08-MJ-145 DAD
                          )
_____)

## UNSEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the captioned Criminal Complaint and supporting affidavit is hereby ordered unsealed.

DATED: April 25, 2008

_____
DALE A. DROZD
United States Magistrate Judge