FILED
April 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. MAG. 08-0145 DAD
Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
RHIANNON ROCHELLE WRIGHT, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RHIANNON ROCHELLE WRIGHT, Case No. MAG. 08-0145 DAD, Charge Title 21 USC §§ 846; 841, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

X    Bail Posted in the Sum of $ *100,000 secured by grandmother's property, unsecured bond co-signed by grandmother pending posting of property.*

__   Unsecured Appearance Bond

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

X    (Other) *Pretrial Services Supervision of conditions of release*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 29, 2008 at 3:20 pm.

By _____
Dale A. Drozd
United States Magistrate Judge