```
                                              FILED
                                              May 1, 2008
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:08MJ00145-DAD-5 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| RENE LEE WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __RENE LEE WRIGHT__ , Case No. __2:08MJ00145-DAD-5__ , Charge __21USC § 846, 841(a)(1a)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $_____

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other)  Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 1, 2008__ at __2:00 pm__ .

            By  /s/ Gregory G. Hollows
              Gregory G. Hollows
              United States Magistrate Judge

Copy 5 - Court