```
LAWRENCE G. BROWN
Acting United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CR. No. 2:08-CR-212-LKK |
|                                 ) | |
| Plaintiff,   ) | STIPULATION AND ORDER |
|                                 ) | CONTINUING STATUS CONFERENCE |
| v.                              ) | DATE |
|                                 ) | |
| RHIANNON ROCHELLE WRIGHT,        ) | |
|                                 ) | |
| Defendant.   ) | |
|                                 ) | |

It is hereby stipulated between the United States, through its undersigned counsel Assistant U.S. Attorney Mary L. Grad and the defendant Rhiannon Rochelle Wright, through her undersigned counsel, that the status conference presently set for April 24, 2009 by **continued to May 12, 2009 at 9:15 a.m.**

The parties are exploring resolution of the case that depends upon the outcome of a related state court proceeding which are presently set for April 30, 2009. Following the April 30, 2009 state court proceeding, the parties will need additional time to determine future action in this case. Accordingly, the parties further stipulate that the interests of justice served by granting this

1

continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(8)(B)(iv) (local code T-4) and time, therefore, will be excluded from April 24, 2009 through May 12, 2009.

>                                    LAWRENCE G. BROWN
>                                    Acting United States Attorney
>
> Date:   April 22, 2009              /s/ Mary L. Grad
>                                     By: MARY L. GRAD
>                                     Assistant United States Attorney
>
>
>                                     /s/ Michael Chastaine
>                                        MICHAEL CHASTAINE
>                                        Counsel for Rhiannon Rochelle Wright

SO ORDERED.

> Date: April 22, 2009                _____
>                                     LAWRENCE K. KARLTON
>                                     SENIOR JUDGE
>                                     UNITED STATES DISTRICT COURT