```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  916-554-2763
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )   CR. NO. S-08-212-LKK
                                    )
12        Plaintiff,                )   MOTION AND ORDER
                                    )   DISMISSING INDICTMENT
13        v.                        )
                                    )
14  RHIANNON ROCHELLE WRIGHT,       )
                                    )
15        Defendant.                )
    _____)
16
17       The United States of America, by and through its undersigned
18  attorney, Mary L. Grad, Assistant United States Attorney,
19  respectfully requests that this Court dismiss with prejudice the
20  above-captioned Indictment, filed May 8, 2008, and the
21  Superseding Indictment, filed May 22, 2008, against defendant
22  RHIANNON ROCHELLE WRIGHT.   In resolution of this case, Ms.
23  Wright has entered a guilty plea to related state charges.
24  ///
25  ///
26  ///
27  ///
28  ///
```

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure 48(a).

DATED: May 18, 2009  LAWRENCE G. BROWN
Acting United States Attorney


By  /s Mary L. Grad
 MARY L. GRAD
Assistant U.S. Attorney


O R D E R


It is ordered that the above-captioned Indictment and Superseding Indictment be and are hereby dismissed with prejudice against RHIANNON ROCHELLE WRIGHT.

DATED: May 20, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT