HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00212-TLN |
| Plaintiff, | [proposed] ORDER EXONERATING PROPERTY BOND AND FOR RECONVEYANCE OF DEED |
| v. | |
| RENE LEE WRIGHT, RHIANNON ROCHELLE WRIGHT, | Duty Judge: Hon. Jeremy D. Peterson |
| Defendants. | |

The Court hereby EXONERATES the property bond posted in this case and ORDERS that the property be reconveyed by the Clerk's Office through a reconveyance form as requested by the title company.

Dated: September 19, 2025

_____
HON. JEREMY D. PETERSON
UNITED STATES DISTRICT JUDGE

Reconveyance and Exoneration of Property Bond